5226

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

| In re: | **MINERVA TORRES MELENDEZ** | Case No. | **15-00593-BKT** |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banco Popular de Puerto Rico** | **Fannie Mae** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>**Banco Popular de Puerto Rico**<br>**Martínez & Torres Law Offices, P.S.C.**<br>**P.O. Box 192938 San Juan, PR 00919-2938** | Court Claim # (if known):  5 |
| | Amount of Claim:  $ 123,399.91 |
| | Date Claim Filed:  3/9/15 |
| Phone: (787) 767-8244 | Phone: 787-474-6635 |
| Last Four Digits of Acct #: **6338** | Last Four Digits of Acct #: **6338** |
| Name and Address where transferee payments should be sent (if different from above):<br>**Banco Popular de Puerto Rico**<br>**Bankruptcy Department**<br>**P.O. Box 362708 San Juan, PR 00936-2708** | |
| Phone: **(787) 759-7000** | |
| Last Four Digits of Acct #: **6338** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Merary Garcia_     Date: **April 23 , 2015**

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571