**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**MINERVA TORRES MELENDEZ**<br>**aka MINERVA TORRES**<br><br>**xxx–xx–6858**<br><br>Debtor(s) | Case No. **15–00593 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 4/13/18 |

*ORDER*

The motion filed by Debtor requesting extension of time of 14 days to cure the arrears (docket #52) is hereby granted. Upon failure to comply, the case will be dismissed. Order due by April 23, 2018.

IT SO ORDERED.

In San Juan, Puerto Rico, this Friday, April 13, 2018 .

Brian K. Tester
United States Bankruptcy Judge