IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MINERVA TORRES MELENDEZ

DEBTOR

CASE NO. 15-00593/BKT

CHAPTER 13

**DEBTOR'S REPLY TO *TRUSTEE'S MOTION ON NON DELIVERY OF TAX REFUNDS* DOCKET NO 58**

**TO THE HONORABLE COURT:**

**NOW COMES, MINERVA TORRES MELENDEZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion On Non Delivery of Tax Refunds*, Docket No. 58, basically stating that the Debtor "…the following tax refunds are pending to be paid into the plan. Tax refunds for years 2015, 2016 and 2017". *Trustee's Motion On Non Delivery of Tax Refunds,* at paragraph 2, Docket No. 58.

2. In reply to the Trustee's motion on non-delivery of tax refunds, the Debtor is submitting to the Trustee (uploaded to the Trustee's system) a copy of the Debtor's tax returns for the years 2015, 2016 and 2017. The abovementioned tax returns reflect that the Debtor **did not receive tax refunds** for the taxable years 2015, 2016 and 2017.

3. The Debtor respectfully requests that for the above stated reasons, the Trustee's motion for non-delivery of tax refunds, Docket No. 58, be denied.

**WHEREFORE**, based on the above stated, the Debtor respectfully prays that Trustee's motion on non-delivery of tax refunds, Docket No. 58, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to the Chapter 13 Trustee Alejandro Oliveras Rivera, Esq.; and also certify that I have mailed by

Page – 2 –
Debtors' Reply to Trustee's Motion on Tax Refunds
Case no. 15-00593/BKT13

United States Postal Service copy of this motion to the following non-participant: the Debtor, Minerva Torres Meléndez, Estancia de Santa Barbara 54, Gurabo PR 00778, in the above captioned case..

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 24th day of January, 2019.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com