IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>MINERVA TORRES MELENDEZ<br><br>xx-xx-6858<br><br>Debtor(s) | CASE NO. 15-00593-BKT13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON APR/12/2019 |

ORDER

The Chapter 13 Trustee's motion for entry of order on non-delivery of tax refunds at docket #58 is hereby denied for the reasons stated in docket #59.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12 day of April, 2019.

Brian K. Tester
United States Bankruptcy Judge